UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID KRESGE ET AL.,

                Plaintiffs,      22-cv-1268 (JGK)

    - against -                  ORDER

NATHAN GREENBERG,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for May 4, 2022 is adjourned to May 9, 2022 at 3 p.m.

SO ORDERED.
Dated:    New York, New York
          April 29, 2022

                                        _____
                                          John G. Koeltl
                                   United States District Judge