```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DAVID KRESGE, ET AL.,

           Plaintiffs,

- against -

NATHAN GREENBERG,

           Defendant.

22-cv-1268 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed at the conference held today, the parties are directed to inform the Court by May 13, 2022, whether the parties agree to transfer this action to the District of Connecticut and to waive any venue objections in the District of Connecticut.

If the parties do not agree to transfer this action to the District of Connecticut and the plaintiffs choose to file an amended complaint, then the parties are directed to submit a proposed schedule with deadlines for filing the amended complaint and any answer or motion with respect to the amended complaint by May 23, 2022. If the plaintiffs choose not to file an amended complaint, then the parties are directed to submit a proposed briefing schedule for a motion to dismiss the complaint by May 23, 2022.

SO ORDERED.

Dated:    New York, New York
           May 9, 2022

                                                John G. Koeltl
                                       United States District Judge